UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETH FABER, ALLISON WILLIAMS, and MIKE RYAN<br><br>    Plaintiffs,<br><br>  v.<br><br>ESPN PRODUCTIONS, INC., ESPN, INC., and THE WALT DISNEY COMPANY in their official capacities; JULIE WALDEN, AMANDA GIFFORD, JAMES PITARO, BOB IGER, BOB CHAPEK, DERICA W. RICE, SUSAN E. ARNOLD, FRANCIS A. DESOUZA and DOES 1 through 10, inclusive, in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:23-CV-00041-RNC<br><br><br><br>Date:  May 26, 2023 |

**DEFENDANTS ESPN PRODUCTIONS, INC., ESPN, INC., AND
THE WALT DISNEY COMPANY'S FRCP RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rules of the

United States District Court for the District of Connecticut, the undersigned counsel for

Defendants The Walt Disney Company ("TWDC"), ESPN, Inc., and ESPN Productions, Inc.—

each a nongovernmental corporate party—certifies as follows:

  1.  Defendant TWDC, a publicly held corporation, has no parent corporation.  No

    publicly held corporation owns, directly or indirectly through other subsidiaries,

    10% or more of TWDC's stock.

  2.  As to Defendant ESPN, Inc., each of the following is either a (i) corporate parent

    or (ii) publicly held corporation that own 10% or more of ESPN, Inc.'s stock:

    TWDC and The Hearst Corporation.

a.     No other publicly held corporation owns, directly or indirectly through other subsidiaries, 10% or more of ESPN, Inc.'s stock.

3.     As to Defendant ESPN Productions, Inc., each of the following is either a (i) corporate parent or (ii) publicly held corporation that own 10% or more of ESPN Productions, Inc.'s stock: ESPN Enterprises, Inc.; ESPN, Inc.; TWDC; and The Hearst Corporation.

a.     No other publicly held corporation owns, directly or indirectly through other subsidiaries, 10% or more of ESPN, Inc.'s stock.

Dated: May 26, 2023                      Respectfully submitted,


By:     */s/ Raymond W. Bertrand*
        Raymond W. Bertrand (CT421237)
        James P. de Haan (*Pro Hac Vice Pending*)
        PAUL HASTINGS LLP
        4747 Executive Drive
        12th Floor
        San Diego, California  92121
        Telephone:   1(858) 458-3000
        Facsimile:    1(858) 458-3005
        Email:  raymondbertrand@paulhastings.com
                    jamesdehaan@paulhastings.com

        Counsel for Defendants
        ESPN Productions, Inc., ESPN, Inc., The Walt
        Disney Company, Julie Walden, Amanda
        Gifford, James Pitaro, Bob Iger, Bob Chapek,
        Derica W. Rice, Susan E. Arnold, and Francis
        A. deSouza